UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHAWN MILLER, ET AL.                *CIVIL ACTION 04-1250 c/w 05-189

VS.                                 *MAGISTRATE JUDGE HILL

GORSKI WLADYSLAW ESTATE, ET AL.     *BY CONSENT OF THE PARTIES

## ORDER

A post-verdict status conference will be held in chambers of the undersigned Magistrate Judge on **April 24, 2007 at 10:00 a.m.** Counsel shall be prepared to discuss the formulation of a judgment, and whether any hearings will be necessary to properly formulate a judgment. Mr. Mithoff may appear by telephone, provided that advance notice is given to the court. Mr. Briney shall attend the conference.

Signed at Lafayette, Louisiana on April 10, 2007.

*C. Michael Hill*
C. MICHAEL HILL
UNITED STATES MAGISTRATE JUDGE