RECEIVED
BY
MAY 0 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| SHAWN MILLER, ET AL. | § |
| | § CIVIL ACTION NO. 6:04CV1250 (LEAD) |
| VERSUS | § 6:05CV189 (MEMBER) |
| | § |
| | § |
| | § MAGISTRATE JUDGE HILL |
| ALLIED VAN LINES, INC., ET AL. | § BY CONSENT OF THE PARTIES |

## **JUDGMENT**

This action came on for trial before the Court and a jury, the Hon. C. Michael Hill, United States Magistrate Judge, Presiding. The issues were duly tried and the jury duly rendered a verdict in favor of the Plaintiffs for the aggregate sum of $31,903,651.

Prejudgment interest accrued on the amount of the verdict from date of judicial demand, August 12, 2003, until the date of partial settlement with Defendant Allied Van Lines, Inc.'s Settling Insurers on January 31, 2006, in the amount of $4,364,463.

Prejudgment interest then accrued from February 1, 2006 until the date of this judgment, May 30, 2007, on the remaining balance in the amount of $ $1,425,645.

Defendants Allied Van Lines, Inc. and its excess insurer, Illinois National Insurance Co., are entitled to an offset and credit in the total amount of $23,567,100, which is comprised of the partial settlement payment of $21,000,000 and the Settling Insurers' available policy limits as of May 30, 2007, in the amount of $2,567,100; if, however, after the date this judgment is entered and prior to the date the judgment becomes final and subject to execution, additional payments are made to any other claimants (besides the Plaintiffs) by Ohio Casualty Insurance Company, Protective Insurance Company, and/or Transguard Insurance Company (the "Settling Insurers") that further reduce the available policy limits of the Settling Insurers, then counsel for the Settling Insurers shall so certify to the clerk of this Court by an affidavit reciting the amount of such payments. That amount shall be referred to as the "further reduction of primary limits."

It is Ordered and Adjudged that the Plaintiffs recover as follows:

Plaintiff Guadalupe Guerra recover of the Defendants, Allied Van Lines, Inc. and Illinois National Insurance Company, jointly, severally and in solido, the sum of $ $2,430,720, plus 9.8% of any further reduction of primary limits, with interest thereon at the rate of ___% as provided by law.

Plaintiff Amelia Guerra recover of the Defendants, Allied Van Lines, Inc. and Illinois National Insurance Company, jointly, severally and in solido, the sum of $ $2,430,720, plus 9.8% of any further reduction of primary limits, with interest thereon at the rate of ___% as provided by law.

Plaintiff Lisa Guerra recover of the Defendants, Allied Van Lines, Inc. and Illinois National Insurance Company, jointly, severally and in solido, the sum of $ $4,148,425, plus 28.5% of any further reduction of primary limits, with interest thereon at the rate of ___% as provided by law.

Plaintiff Jose Angel Alfaro, Jr., recover of the Defendants, Allied Van Lines, Inc. and Illinois National Insurance Company, jointly, severally and in solido, the sum of $ $7,442,696, plus 41.7% of any further reduction of primary limits, with interest thereon at the rate of ___% as provided by law.

Plaintiff Rene Garza recover of the Defendants, Allied Van Lines, Inc. and Illinois National Insurance Company, jointly, severally and in solido, the sum of $ $1,019,280, plus 5.1% of any further reduction of primary limits, with interest thereon at the rate of ___% as provided by law.

Plaintiff Patricia Garza recover of the Defendants, Allied Van Lines, Inc. and Illinois National Insurance Company, jointly, severally and in solido, the sum of $ $1,019,280, plus 5.1% of any further reduction of primary limits, with interest thereon at the rate of ___% as provided by law.

In addition, Plaintiffs shall recover of Defendants their costs of action.

With respect to Allied Van Lines, Inc. and the Settling Insurers, Plaintiffs' rights under this judgment are subject to the Partial Settlement Agreement and Receipt and Release executed by those parties on December 22, 2005.

In accordance with the Court's pretrial summary judgment entered on February 3, 2007, and amended on March 8, 2007, Baton Rouge General Medical Center is entitled to $1,217,368.99, which is currently on deposit in the registry of the court, as well as all interest earned thereon while on deposit in the Court's designated interest-bearing account and while on deposit by order of the Court in a Hibernia National Bank Tower Super Gold Savings Account through date of withdrawal.

This is a final judgment as to all parties and all claims. It is the intention of the Court that this judgment shall be the Court's final action in the case.

Dated at Lafayette, Louisiana, this 30th day of May, 2007.

                                                Hon. C. Michael Hill, Presiding

Bob F. Wright
James Parkerson Roy
Thomas R. Edwards*
James H. Domengeaux
Victor J. Versaggi
Jamie D. Parker**
Donald R. Cravins, Jr.
Brian C. Colomb*

*Special Counsel*

Terry E. Theriot*

* A Professional Law Corporation
** A Limited Liability Company

# DOMENGEAUX WRIGHT ROY & EDWARDS

A Limited Liability Company

556 Jefferson Street
Jefferson Towers, Suite 500
Post Office Box 3668
Lafayette, Louisiana 70502-3668
Fax (337) 232-8213
Telephone (337) 233-3033

www.WrightRoy.com

James Domengeaux (1907-1988)
Judge Jerome E. Domengeaux (1919-1999)

New Orleans Office:
1515 Poydras Street
The Equitable Center
Suite 2350A
New Orleans, LA 70112
Telephone (504) 299-0070
(By Appointment)

*Of Counsel*
Thomas A. Budetti (*Worker's Compensation*)
William J. Ziegler, Jr. (*Social Security Disability*)

May 4, 2007

Honorable Cathy Carter
Clerk of Court
United States District Court
Western District of Louisiana
800 Lafayette Street
Lafayette, LA 70501

        RE:    SHAWN MILLER, ET AL.
                 VS. NO. 6:04CV1250 (LEAD)
                       6:05CV189 (MEMBER)
                 ALLIED VAN LINES, INC.
                 Our File No. 12796

Dear Ms. Carter:

       Enclosed herewith please find the original and one copy of Plaintiffs Proposed Judgment which I ask that you file of record in the above captioned matter.

       With warmest regards, I remain

                                         Sincerely,
                                         DOMENGEAUX WRIGHT ROY & EDWARDS

                                         JAMES PARKERSON ROY

JPR/sbl
Enclosure
cc:    Honorable C. Michael Hill    Mr. Edwin Preis    Mr. William C. Kaufman, III
       Mr. Richard Mithoff           Mr. Robert Siegel    Mr. Tim Roniger/Mr. James Ryan
       Mr. W. Shelby McKenzie      Mr. Patrick J. Briney    Mr. Russell Post
       Mr. John W. Waters, Jr.