Order

RECEIVED BY

AUG 24 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| SHAWN MILLER, ET AL | * | CIVIL ACTION NO. 04-1250 (LEAD) |
| | * | 05-0189 (MEMBER) |
| | * | |
| VERSUS | * | MAGISTRATE JUDGE HILL |
| | * | |
| ALLIED VAN LINES, INC., ET AL | * | BY CONSENT OF THE PARTIES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## POST-TRIAL MOTION FOR REMITTITUR AND/OR JUDGEMENT AS MATTER OF LAW

NOW INTO COURT, through undersigned counsel, comes Defendant, ILLINOIS NATIONAL INSURANCE COMPANY ("Illinois National"), who, pursuant to Rules 50 and 59 of the Federal Rules of Civil Procedure, respectfully moves for judgment as a matter of law and/or to alter or amend judgment. Illinois National seeks a dismissal of plaintiffs' bystander claims brought pursuant to Louisiana Civil Code. Art. 2315.6, or in the alternative, a remittitur of the amount of damages awarded thereon. Illinois National also moves for a remittitur of the damages awarded to plaintiffs on their survival action and wrongful death claims. Illinois National submits the evidence introduced at trial is insufficient to support an award for bystander damages relating to the injuries suffered by Lisa and Cindy Guerra, and further submits that the verdict amounts awarded for bystander, survival and wrongful death damages are

beyond the maximum amounts the jury could have properly awarded under the circumstances, as is more fully set forth in the attached memorandum.

WHEREFORE, all premises considered, Defendant, ILLINOIS NATIONAL INSURANCE COMPANY, prays that upon consideration of this Post-trial Motion For Remittitur and/or Judgment As A Matter Of Law, the Court, on its own or after a contradictory hearing, dismiss plaintiffs' bystander claims relating to the injuries suffered by Lisa and Cindy Guerra, or in the alternative, reduce the amount damages to be recovered thereon in accordance with the "maximum recovery rule." Illinois National further prays that the Court reduce the damages to be recovered on plaintiffs' wrongful death and survival claims, also in accordance with the "maximum recovery rule."

Respectfully submitted,

PREIS & ROY
(A Professional Law Corporation)

By: _____
EDWIN G. PREIS, JR. (10703)
L. LANE ROY (11513)
102 Versailles Blvd., Suite 400
Post Office Drawer 94-C
Lafayette, Louisiana 70509
Telephone: (337)237-6062
Fax: (337)237-9129

ATTORNEYS FOR ILLINOIS NATIONAL
INSURANCE COMPANY

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has this date been mailed to all counsel of record by the following proceeding:

(✓) Hand Delivered    ( ) Facsimile

( ) Federal Express    (✓) Prepaid U.S. Mail

(✓) E-Mail

Lafayette, Louisiana this 24th day of August, 2007.

_____
EDWIN G. PREIS, JR.

EDWIN G. PREIS, JR.[3]
L. LANE ROY[3]
JENNIFER E. MICHEL[3]
RICHARD J. HYMEL[3]
ROBERT M. KALLAM[3]
RONALD E. TIGNER[2]
FRANK A. PICCOLO[3]
JOHN M. RIBARITS[3]
CATHERINE M. LANDRY[3]
WILLARD P. SCHIEFFLER[3]
JAMES A. LOCHRIDGE, JR.[1]
WILLA LeBLANC SMITH[3]
LORI A. HOOD[2]
CHARLES J. BOUDREAUX, JR.[1]
FRANCIS A. COURTENAY, JR.[1]
JENNIFER A. WELLS[1]
DAWN L. MORRIS[3]
DAVID L. PYBUS[2]
JEFFREY A. RIGGS[3]
MATTHEW D. McCONNELL[3]
GREGORY S. HUDSON[2]
JOSEPH E. LEE, III[3]
DAVID M. FLOTTE[3]
CARL J. HEBERT[1]
THOMAS P. BOWES[2]
DANIELLE M. SMITH[1]
JONATHAN L. WOODS[1]
JOSHUA W. MERMIS[2]
M. BENJAMIN ALEXANDER[1]
TABITHA R. DURBIN[1]
HILARY A. FRISBIE[2]
MICHAEL T. BECKERS[1]
MARK L. BARBRE[1]
J. MICHAEL FUSSELL, JR.[1]
REMY A. JARDELL[1]

[1] ADMITTED TO PRACTICE IN LOUISIANA ONLY
[2] ADMITTED TO PRACTICE IN TEXAS ONLY
[3] ADMITTED TO PRACTICE IN LOUISIANA AND TEXAS

# PREIS & ROY

(A PROFESSIONAL LAW CORPORATION)

POST OFFICE DRAWER 94-C

VERSAILLES CENTRE'

SUITE 400

102 VERSAILLES BOULEVARD

## LAFAYETTE, LOUISIANA 70509

TELEPHONE 337.237.6062
TELEFAX 337.237.9129
E-mail pr@preisroy.com
www.preisroy.com

**NEW ORLEANS**
PAN AMERICAN LIFE CENTER
SUITE 1700
601 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
TELEPHONE 504.581.6062
TELEFAX 504.522.9129

**HOUSTON**
SUITE 600
2000 BERING DRIVE
HOUSTON, TEXAS 77057
TELEPHONE 713.355.6062
TELEFAX 713.572.9129

August 24, 2007

HAND DELIVERED
Hon. Catherine Bacon, Clerk of Court
United States District Court
Lafayette-Opelousas Division
800 Lafayette Street, Suite 2100
Lafayette, Louisiana 70501

RE: SHAWN MILLER, ET AL
VS: ALLIED VAN LINES, INC., ET AL
NO: CV05-0189, USDC, WESTERN DISTRICT OF LOUISIANA
    JUDGE MELANCON, MAGISTRATE JUDGE HILL
    LAFAYETTE-OPELOUSAS DIVISION

Dear Ms. Bacon:

Enclosed please a find Motion to Stay Execution of Judgment and Post-Trial Motion for Remittitur and/or Judgment as Matter of Law to be filed in the record of the above-captioned matter. As the certificate reflects, a copy of this pleading has been sent to all known counsel of record.

If there are any questions, please feel free to contact me.

Very truly yours,

PREIS & ROY

Edwin G. Preis, Jr.

**PREIS & ROY**

Hon. Catherine Bacon, Clerk of Court
August 24, 2007
Page 2


EGP:tdg/1490361
Enclosures

cc w/enc: Honorable C. Michael Hill (Via Hand Delivery)
         Mr. Richard W. Mithoff/Ms. Janie Jordan
         Mr. James P. Roy (Via Hand Delivery)
         Mr. John W. Waters, Jr.
         Mr. James Ryan III/Mr. Timothy Roniger
         Mr. William C. Kaufman III
         Mr. Robert Siegel/Mr. William Barousse
         Mr. Patrick Briney
         Mr. Louis LaCour