```
                    UNITED STATES DISTRICT COURT.
                    WESTERN DISTRICT OF LOUISIANA
                     LAFAYETTE-OPELOUSAS DIVISION


SHAWN MILLER, ET AL,              *    Docket No. 04-1250
                                  *
             Plaintiffs,           *
                                  *
VS                                *    April 3, 2007
                                  *
ALLIED VAN LINES, INC.,           *
ET AL,                            *
             Defendants.          *    Lafayette, Louisiana
*****************************************************


    REPORTER'S OFFICIAL TRANSCRIPT OF THE TRIAL TESTIMONY OF
                         GUADALUPE GUERRA
               BEFORE THE HONORABLE C. MICHAEL HILL,
                 UNITED STATES MAGISTRATE JUDGE,
                           AND A JURY.


APPEARANCES:

For the Plaintiffs:              Richard Mithoff
                                 James P. Roy
                                 Janie Jordon
                                 William Stradley
                                 Sherie Beckman
                                 Russell Post


For the Defendants:              Edwin Preis
                                 L. Lane Roy
                                 Ben Alexander
                                 James Ryan, II
                                 Timothy Roniger



REPORTED BY:    Mary Thompson, RMR, FCRR
                800 Lafayette Street, Ste. 3105
                Lafayette, Louisiana  70501
                (337)593-5222
```




EXHIBIT A

1  wanted to go to the bathroom and wanted some snacks, so we
2  stopped at a small convenience store and they all got out. I
3  didn't get out. I was so tired, I just waited there for
4  them.
5        And they got out, went and did their thing, got
6  some snacks, and we got in the Suburban and got on the
7  interstate. And I remember just as we were getting on the
8  interstate Cindy told me, dad, will you get me a phone card?
9  I know what she wanted it for. I said, yes, sweetheart, I'll
10 get you a phone card at the next stop whenever we stopped.
11 And I never got her that phone card, but every July 20th I --
12 I buy a phone card and take it to her grave and just put it
13 there.
14        (A pause in the proceedings.)
15 MR. MITHOFF:  (CONTINUING)
16    Q.   I need to ask you just a couple of questions about
17 the accident. Do you remember very much at all about the
18 accident itself?
19    A.   No, sir. I just remember -- and it's real -- I
20 remember seeing sort of like a line of cars up ahead of me.
21 And I said, ut-oh, here we go again, because we had been in
22 bumper-to-bumper slow traffic. I said that, and that's all I
23 remember.
24        I don't remember coming to the line. I don't
25 remember when I stopped or if I stopped. I don't remember

1  any car in front of me or anybody beside me or anything.

2  Q. What is the first thing you remember after the
3  accident itself?

4  A. After the accident the first thing I remember was
5  asking what happened. And my wife sort of like said we were
6  coming from San Antonio going to Florida, and in my mind I
7  remember Florida but I couldn't remember San Antonio, what
8  she meant by that. Then I guess I blacked out again.

9  Then I remember walking towards the Suburban, and
10 my wife called me back, and I remember that. And I remember
11 talking to an attendant. I don't know if it was a policeman.
12 I don't know who it was, but I thought that it was Lisa.
13 That Lisa was inside the ambulance, and whoever asked me the
14 questions, asked me if I knew who it was and if I knew who
15 was in the Suburban. And I gave him all the names and the
16 ages.

17 And then he said -- he told one of the other
18 attendants, this guy is hurt pretty bad, just go ahead and
19 take him. So they put me on a stretcher and took me in a
20 helicopter.

21 And I always thought that it was nighttime while we
22 were there until last week I just found out all the time it
23 was in the afternoon. I always thought it was at night. I
24 don't know why. I would see dark. I never saw any other
25 cars. I just saw the Suburban in flames.

1  Q. Do you remember seeing either Joe or Lisa?
2  A. Yes. I remember seeing Joe, and he was standing.
3  He just looked at me and I looked at him, but I couldn't -- I
4  just stared and he stared.
5      And I was -- I saw Lisa and I saw the hurt in her
6  face, and then -- I will never forget the look that they gave
7  me. They looked like they were really hurting. And I was
8  just staring. I don't know what was going on. And I just
9  stared at them. And...
10  Q. What do you remember about arriving at the
11  hospital?
12  A. What is that?
13  Q. What do you remember about arriving at the
14  hospital?
15  A. I remember -- I saw -- they were taking me, I don't
16  know, through the hallway or what. But what I remember after
17  that is when they were pressing my head. They were putting
18  staples in. I think I had 32 staples on my head, and I could
19  feel the pressure but I didn't feel any pain. I would just
20  feel the pressure. And the doctor said something, and I said
21  am I okay? He said, really, yes, you're okay. Don't worry.
22  That's what I remember about that.
23      And of course I remember being in the hospital room
24  after that.
25  Q. How did you find out about Cindy?

```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF LOUISIANA
                    LAFAYETTE-OPELOUSAS DIVISION


SHAWN MILLER, ET AL,              *    Docket No. 04-1250
                                  *
              Plaintiffs,         *
                                  *
VS                                *    March 27, 2007
                                  *
ALLIED VAN LINES, INC.,           *
ET AL,                            *
              Defendants.         *    Lafayette, Louisiana
***************************************************************


      REPORTER'S OFFICIAL TRANSCRIPT OF THE TRIAL TESTIMONY OF
                           AMELIA GUERRA
            BEFORE THE HONORABLE C. MICHAEL HILL,
                UNITED STATES MAGISTRATE JUDGE,
                          AND A JURY.


APPEARANCES:

For the Plaintiffs:               Richard Mithoff
                                  James P. Roy
                                  Janie Jordon
                                  William Stradley
                                  Sherie Beckman
                                  Russell Post


For the Defendants:               Edwin Preis
                                  L. Lane Roy
                                  Ben Alexander
                                  James Ryan, II
                                  Timothy Roniger



REPORTED BY:   Mary Thompson, RMR, FCRR
               800 Lafayette Street, Ste. 3105
               Lafayette, Louisiana  70501
               (337)593-5222
```

COPY

EXHIBIT B

```
 1  so...
 2      Q.   And she is the daughter of?
 3      A.   Of Patricia and René Garza.
 4      Q.   What was the occasion for this trip?  How did it
 5  come about?
 6      A.   Well, they were all excited.  They wanted to do
 7  something for Joe and for Jennifer, and we were deciding on
 8  going to -- either flying or driving.  And Cindy didn't want
 9  to drive.  She didn't want to go because it was too far of a
10  trip.  And I didn't either.  But we wanted to fly, but the
11  majority wins so they all decided we would drive to Florida.
12  And they were really excited because Jenna was going and Joe,
13  and they wanted to take them to see something different,
14  something new where they had never been before.
15      Q.   Can you tell us just briefly about what you recall
16  about the events right before the accident.
17      A.   I remember I was -- well, first it was in Houston
18  where we had to slow down, and -- because there was
19  construction.  And we were waiting there for a while, and it
20  was just -- just waiting there.
21           And then we come to the bridge here and all the
22  cars were stopping.  They came to a halt.  So my husband
23  said, well, here we go again.  Hold on because we're going to
24  have to stop and wait, because they were really anxious to
25  get to Florida to show Jenna and Joe Disney World.
```

1    And we came to a complete stop because everyone was
2  stopping and we were wondering why. And then someone said
3  there was an accident or something. We could see the siren,
4  police or something. So we came to a complete stop and we
5  were there waiting.
6    Q.   And what happened?
7    A.   And then I heard a big crash and my window became
8  dark and I started smelling smoke. It took me awhile before
9  I realized what was going on, so I -- I turned to my husband
10 and said, babe, what is going on, you know? What is -- and
11 he didn't answer me. And I said, babe, what is going on?
12 And I shook him and he didn't answer, he just stood there.
13    So then I knew something was wrong and I took off
14 my seat belt and I took off his seat belt, and I dragged him
15 with both hands -- I just dragged him over. And I pulled him
16 across somehow, and his knees landed on the concrete. And I
17 knew he was in shock when he started, where are we, where are
18 we, what are we doing here?
19    And I said, babe, we're going to Florida, and he --
20 he didn't seem like -- you know, he -- that he knew what was
21 going on.
22    And I pulled him over from the Suburban, and I
23 pulled him away because I thought it was going to explode. I
24 started yelling, get out, get out girls, get out. And I
25 dragged him away.

1  And as I was dragging him away, I found Joe in
2  front of the Suburban. And he was crying and he asked me,
3  ma'am, am I going to die? And I said, no, Joe. I said, no,
4  let's pray you're not going to die. You're not going to die,
5  you'll be okay. And I helped them get away from the van, my
6  husband and Joe. And I realized my kids weren't out and...
7  (A pause in the proceeding.)
8  THE COURT: Perhaps, this would be a good time for
9  a recess.
10  Ladies and gentlemen, we're going to take a brief
11  recess at this point. This is our first break during the
12  trial. I need to remind you of the instruction I gave you
13  earlier not to discuss the evidence between and among
14  yourselves until the conclusion of the trial.
15  THE WITNESS: I'm sorry.
16  THE COURT: That's all right.
17  But you're not to discuss the evidence between
18  yourselves and among yourselves until the end of the trial.
19  I'll tell you that a lot. It is just a reminder.
20  We're going to take a ten-minute recess and we're
21  at recess now.
22  Please escort the jury out.
23  (Jury out at 10:23 a.m.)
24  THE COURT: We're in recess, ladies and gentlemen.
25  Mr. Mithoff, I got your attention at that point.

1  If the witness needs to take a break, of course just call it
2  to my attention if I don't say it.
3          We're at recess.
4                          (A recess was taken.)
5                     **AFTER THE RECESS**
6                          (Call to order of the court.)
7          THE COURT:  Be seated.
8          Are you ready to bring the jury back in?
9          MR. LANE ROY:  Yes, Your Honor.
10         THE COURT:  Bring them back in.
11                         (Jury in at 10:41 a.m.)
12         THE COURT:  Be seated.  You can proceed,
13 Mr. Mithoff.
14         MR. MITHOFF:  Thank you, Your Honor.
15 MR. MITHOFF:  (CONTINUING)
16     Q.  Ms. Guerra, I'll try to make this very, very brief.
17 The law requires me to ask you certain questions and I need
18 to do that.
19     A.  Okay.
20     Q.  Can you tell us how you first learned of Cindy's
21 death, please.
22     A.  They brought -- two men brought Lisa.  I don't know
23 who they were, but they -- because I was with my husband and
24 I was running back and forth with Joe and my husband.  And my
25 husband had a gash from side to side so he was bleeding, and

1  I tried to put something there; you know, my T-shirt that I
2  was wearing.
3      And when those two men brought Lisa, I said, well,
4  you know, what about Cindy and Jenna? And I tried to open
5  the -- go back and open the door on the side on the back of
6  the -- of the Suburban, and I -- it didn't want to open. It
7  was, I guess, locked because of the -- because of the way
8  that the truck hit the Suburban.
9      I saw Lisa and they gave her to me, but then I
10 knew, you know, because of all the smoke and all the fire.
11     Q.   Did you realize, then, that Cindy was still in the
12 vehicle?
13     A.   I was hoping someone would come around and bring
14 Jenna and Cindy, too, like they did Lisa. I was waiting and
15 waiting, but it never happened. And I noticed that the
16 Suburban was in flames and smoke, and then I realized, you
17 know, that they hadn't made it and I knew.
18     Q.   I just need to ask a couple more questions,
19 Ms. Guerra. Can you tell us just briefly about your
20 relationship with Cindy and how her death has affected you.
21     A.   Cindy was your all American girl. You know, she
22 loved school and she was more mature than any 18 year old.
23 She was ready to go to college and ready to experience, you
24 know, college life. And she was a very hard worker. She was
25 always on the honor list in school, and she went to -- her

```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF LOUISIANA
                     LAFAYETTE-OPELOUSAS DIVISION


SHAWN MILLER, ET AL,              *    Docket No. 04-1250
                                  *
              Plaintiffs,         *
                                  *
VS                                *    April 3, 2007
                                  *
ALLIED VAN LINES, INC.,           *
ET AL,                            *
              Defendants.         *    Lafayette, Louisiana
******************************************************
```

### REPORTER'S OFFICIAL TRANSCRIPT OF THE TRIAL TESTIMONY OF
### LISA GUERRA RODRIGUEZ
### BEFORE THE HONORABLE C. MICHAEL HILL,
### UNITED STATES MAGISTRATE JUDGE,
### AND A JURY.

**APPEARANCES:**

For the Plaintiffs:           Richard Mithoff
                              James P. Roy
                              Janie Jordon
                              William Stradley
                              Sherie Beckman
                              Russell Post

For the Defendants:           Edwin Preis
                              L. Lane Roy
                              Ben Alexander
                              James Ryan, II
                              Timothy Roniger


REPORTED BY:    Mary Thompson, RMR, FCRR
                800 Lafayette Street, Ste. 3105
                Lafayette, Louisiana 70501
                (337) 593-5222





1  prior to the accident. Do you remember who was sitting where
2  and what happened before the accident?
3     A.   I -- well, I recall at one point during the trip it
4  was me and Joe lying on the floor, and Cindy and Jenna were
5  up on the -- in the back seat. And I remember I was telling
6  everybody that I wasn't sleepy anymore and my sister said,
7  I'll switch seats with you, you can sit up there and I'll lie
8  down there. So I switched seats with her. And I -- I don't
9  really recall much of the trip. Just -- I guess when it
10 happened, when the accident happened.
11    Q.   What do you remember about the accident?
12    A.   I remember before that I had said I wasn't going to
13 fall asleep. I tried to stay up. And I guess with everybody
14 asleep and nobody talking I guess I dosed off. The next
15 thing that I remember was I felt like I was flying through
16 the air.
17        And I just remember it being really painful. And I
18 remember landing next to the Suburban on the road. And I
19 don't know why, I just remember getting up and running. Like
20 something told me just to run; to run away. And I ran away.
21 And I stopped and I looked back and all when I was running.
22        I remember hands. Somebody was trying to put me
23 out. My hair and my back I guess were on fire. I didn't
24 even realize that I was on fire. And I looked back and I saw
25 the Suburban on fire, and I didn't see anybody else. And I

```
 1   said -- I remember I had -- was telling somebody who was near
 2   me that my family was in there.  And they said, I'm sorry.
 3            And I looked off again and I saw my dad and my mom
 4   and Joe off on the side of the road.  And I remember two men
 5   carried me to the back of a police car.  And I remember
 6   sitting there.  And I could see my skin on my legs had
 7   folded, kind of like pencil shavings.  That's what it
 8   reminded me of.
 9            And I remember my feet were bleeding.  And I
10   remember they gave my mom water and a T-shirt for her to
11   stand on because the road was real hot, and we were all bare
12   foot.  And I remember she kept trying to help me.  She kept
13   trying to pour water on my feet, and I just remember telling
14   her to stop because it hurt so much.
15            And I can still see her yelling.  She was yelling
16   out for my sister and for Jenna.  And I still see that every
17   time I close my eyes.  She is just there yelling, where is
18   Cindy, where is Jenna.
19            And I remember my dad, he was bleeding from his
20   head.  I remember blood dripping down.  And he kept asking
21   where we were and what we were doing there and where we were
22   going.  And I kept trying to tell him, but he -- he wasn't --
23   he wasn't there.  It wasn't him.  He was lost.
24            And I just remember my mom, she didn't know what to
25   do.  And she looked so frustrated because she -- I think she
```

1  just wanted to run over there and pull them out, and she
2  couldn't.  And she just kept calling for them.
3         I remember her saying that -- I don't know why I
4  remember something about a phone call.  I don't know if she
5  said that she had to call somebody or we said you need to
6  call Tricia or -- I don't remember how it went.  I just
7  remember they put me in a helicopter and they took me to the
8  hospital, and I remember I knew that Cindy and Jenna were
9  gone.  I knew they had not made it out.
10        But I remember lying on a table and all these
11 doctors and nurses were around me, and they were trying to
12 cut off my clothes.  And I was wearing Cindy's shirt and I
13 remember they were cutting it, and I remember thinking she is
14 getting so mad because they are cutting her shirt.  And then
15 I just realized she wasn't even alive, that she -- it
16 wouldn't matter.  But I just kept thinking she is going to be
17 so upset because they cut her shirt.
18   Q.   Do you remember anything about the treatment at
19 Baton Rouge?
20   A.   The treatment --
21   Q.   The tub or the procedures?
22   A.   Yeah.  I -- for a lot of it, I remember the pain
23 medicine.  And I remember I never -- I always asked if I was
24 in different rooms because they never -- I always felt like I
25 was somewhere else.

```
                    UNITED STATES DISTRICT COURT.
                    WESTERN DISTRICT OF LOUISIANA
                     LAFAYETTE-OPELOUSAS DIVISION


SHAWN MILLER, ET AL,            *      Docket No. 04-1250
                                *
            Plaintiffs,          *
                                *
VS                              *      March 28, 2007
                                *
ALLIED VAN LINES, INC.,         *
ET AL,                          *
            Defendants.          *      Lafayette, Louisiana
*******************************************************
```

     REPORTER'S OFFICIAL TRANSCRIPT OF THE TRIAL TESTIMONY OF
                    KENNETH WAYNE ROSS, M.D.
             BEFORE THE HONORABLE C. MICHAEL HILL,
                UNITED STATES MAGISTRATE JUDGE,
                          AND A JURY.


APPEARANCES:

For the Plaintiffs:              Richard Mithoff
                                 James P. Roy
                                 Janie Jordon
                                 William Stradley
                                 Sherie Beckman
                                 Russell Post


For the Defendants:              Edwin Preis
                                 L. Lane Roy
                                 Ben Alexander
                                 James Ryan, II
                                 Timothy Roniger



REPORTED BY:    Mary Thompson, RMR, FCRR
                800 Lafayette Street, Ste. 3105
                Lafayette, Louisiana  70501
                (337)593-5222



1   Q. Do you recognize 24-I as being one of the
2   photographs that you reviewed in connection with this matter?
3   A. Yes.
4   Q. Can you tell us whether the skeletal remains
5   depicted in 24-I are consistent with the position of Cindy at
6   the time of the accident and shortly after the accident?
7   A. They are.
8   Q. Have you arrived at an opinion, Dr. Ross, as to
9   whether or not Jennifer and Cindy survived the initial
10  impact? That is, distinguished from the fire, whether they
11  survived the initial impact?
12  A. Yes.
13  Q. Let me turn the lights back up.
14      And what is that opinion?
15  A. They did survive the initial impact, both Jennifer
16  and Cindy.
17  Q. Have you arrived at a conclusion as to the most
18  likely cause of death for Jennifer and Cindy?
19  A. Yes. It is my opinion to a reasonable degree of
20  medical certainty that they died of smoke inhalation and
21  thermal burns.
22  Q. Do you have an opinion as to approximately how long
23  they would have sustained some period of conscious pain and
24  suffering prior to death?
25  A. Yes, I do.

```
 1      Q.   What is that?
 2      A.   My opinion is a second to seconds.  I stated
 3  previously that Jennifer would be a second to seconds.  Cindy
 4  would be seconds.
 5      Q.   I asked you to select some photographs for purposes
 6  of illustrating your views.  I'm going to hand these to you,
 7  Dr. Ross, and if any of them would be helpful in further
 8  elaborating on the survivability within the compartment
 9  itself, I will ask you to describe those, please.
10           MR. MITHOFF:  May I approach?
11           THE COURT:  Yes.
12           MR. MITHOFF:  These photographs, for the record,
13  are 140-C, 140-D, 140-E, 140-F, and 140-G.
14           If you could pull up any of those that the Doctor
15  designates, please.
16           THE WITNESS:  140-C.
17           MR. MITHOFF:  Can we dim the lights.
18  MR. MITHOFF:  (CONTINUING)
19      Q.   That reflects what, please?
20      A.   Photograph 140-C is a photograph from the front of
21  the vehicle where the -- in through the windshield area.
22  We're looking in the interior of the vehicle of the Suburban
23  to the front.
24      Q.   What is the significance of that view?
25           Is that not working?
```

```
 1   the time of the accident?
 2       A.   Yes, that is true.
 3       Q.   You indicated that you thought there was some
 4   conscious pain and suffering after the accident.  You told us
 5   in your deposition -- on the question of Cindy, you said one
 6   to four seconds -- or in fact you said a couple of seconds?
 7       A.   Yes, I did.
 8       Q.   A couple of seconds is your estimate?
 9       A.   Yes.
10       Q.   Let me ask you this, sir:  You had previously --
11   well, let me ask you this.  Excuse me.
12            We asked you a little bit earlier that -- and I
13   know there was no autopsy by anyone, no blood testing or
14   tissue testing or no testing of any kind on the remains.
15       A.   That is true.
16       Q.   And you told us that of course you have the ability
17   to do autopsies; you do a lot of those up in Pennsylvania.
18       A.   I do.
19       Q.   What physical evidence do you have -- what medical
20   physical evidence is it that Cindy died of a combination of
21   smoke inhalation and thermal burn?
22       A.   Well, the physical evidence would be I examined the
23   bodies by photography.  I've analyzed what the reports are,
24   and there are thermal burns there.  My conclusion -- I make
25   what we refer to as an implicit conclusion about the smoke
```