UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| SHAWN MILLER, ET AL | * | CIVIL ACTION NO. 04-1250 (LEAD) |
| | | 05-0189 (MEMBER) |
| VERSUS | * | MAGISTRATE JUDGE HILL |
| ALLIED VAN LINES, INC., ET AL | * | BY CONSENT OF THE PARTIES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING POST-TRIAL MOTION FOR REMITTITUR AND/OR JUDGEMENT AS MATTER OF LAW

CONSIDERING THE FOREGOING Post-trial Motion for Remittitur and/or Judgment As a Matter of Law;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said Motion be granted, that Plaintiffs' damages awards be reduced in accordance with Defendant's Memorandum in Support of said Motion, and that Plaintiffs' claims for damages under Louisiana Civil Code Article 2315.6 be dismissed with prejudice and at Plaintiffs' cost.

THUS DONE AND SIGNED this _____ day of _____, 2007, at Lafayette, Louisiana.

_____
UNITED STATES DISTRICT JUDGE